IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHELLE R. JOHNSON,             :
    Plaintiff
                                      :

    vs.                       :    CIVIL NO. 1:CV-05-1708
                                    :

LINDA S. McMAHON, Acting
Commissioner of Social Secuity, :
    Defendant

FILED
HARRISBURG

FEB 27 2007

MARY E. D'ANDREA, CLERK

O R D E R

AND NOW, this 27th day of February, 2007, upon consideration of the report (doc. 14) of the magistrate judge, filed January 9, 2007, to which no objections were filed, and upon independent review of the record, it is ordered that:

    1. The magistrate judge's report is adopted.

    2. This matter is remanded to the Commissioner for further proceedings to allow the ALJ to evaluate the effect of the Plaintiff's fibromyalgia and myofascial pain syndrome on her application for disability benefits, together with their impact, if any, on the weight to be given to her treating physician, Dr. Heeter's, opinion as to her alleged disability.

    3. The Clerk of Court shall close this file.

                             /s/William W. Caldwell
                             William W. Caldwell
                             United States District Judge